JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYOTE LOGISTICS, LLC, | Case No. CV 25-3693 FMO (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CELS ENTERPRISES, INC., | |
| Defendant. | |

IT IS ADJUDGED that the above-captioned case is **dismissed without prejudice**.

Dated this 10th day of June, 2025.

/s/
Fernando M. Olguin
United States District Judge